# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Roadget Business Pte. Ltd.<br><br>  Defendant. | Civil Action No. 4:24-cv-00971-ALM<br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO STAY

Plaintiff R2 Solutions LLC and Defendant Roadget Business Pte. Ltd. have filed a Joint Notice of Resolution and Motion to Stay (Dkt. #21). Having considered the Motion to Stay, the Court finds that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that all deadlines in Civil Action No. 4:24-cv-00971 are stayed for thirty (30) days.

**IT IS SO ORDERED.**

 SIGNED this 29th day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE