# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC, | Civil Action No. 4:24-cv-00971-ALM |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| Roadget Business Pte. Ltd. | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R2 Solutions LLC ("R2") and Defendant Roadget Business Pte. Ltd. ("SHEIN") stipulate and agree to the dismissal of all claims in the above-captioned action, WITH PREJUDICE.

Further, the parties stipulate and respectfully ask that the Court enter the proposed Order of dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 3, 2025                                        Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III* | */s/ John M. Jackson (with permission)* |
| Edward R. Nelson, III | John M. Jackson |
| State Bar No. 00797142 | Texas State Bar No. 24002340 |
| Brent N. Bumgardner | jjackson@jw.com |
| State Bar No. 00795272 | Blake Dietrich |
| Christopher G. Granaghan | Texas State Bar No. 24087420 |
| State Bar No. 24078585 | bdietrich@jw.com |
| John P. Murphy | **JACKSON WALKER LLP** |
| State Bar No. 24056024 | 2323 Ross Ave., Suite 600 |
| Carder W. Brooks | Dallas, Texas 75201 |
| State Bar No. 24105536 | (214) 953-6000 |
| Jinming Zhang | Melissa S. Ruiz |
| Virginia Bar No. 96210 | Texas State Bar No. 24128097 |
| NELSON BUMGARDNER CONROY PC | mruiz@jw.com |
| 3131 West 7th Street, Suite 300 | **JACKSON WALKER LLP** |
| Fort Worth, Texas 76107 | 100 Congress Ave., Suite 1100 |

| | |
|---|---|
| 817.377.9111 (telephone)<br>ed@nelbum.com<br>brent@nelbum.com<br>chris@nelbum.com<br>murphy@nelbum.com<br>carder@nelbum.com<br>jinming@nelbum.com | Austin, Texas 78701<br>(512) 236-2000<br><br>**COUNSEL FOR DEFENDANT**<br>**ROADGET BUSINESS PTE. LTD.** |
| **COUNSEL FOR PLAINTIFF R2 SOLUTIONS LLC** | |

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies, that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on September 3, 2025.

*/s/ Edward R. Nelson III*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, and the parties are in agreement as to the relief sought by this stipulation.

*/s/ Edward R. Nelson III*

2