IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Roadget Business Pte. Ltd.<br><br>      Defendant. | Civil Action No. 4:24-cv-00971-ALM<br><br>Jury Trial Demanded |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff R2 Solutions LLC ("R2") and Defendant Roadget Business Pte. Ltd. ('SHEIN"). In the Stipulation, the parties stipulate to dismissal with prejudice of all claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, which the Court accepts and acknowledges, the Stipulation is hereby GRANTED. IT IS THEREFOR ORDERED that R2's claims against SHEIN and SHEIN's counterclaims, if any, against R2 in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.